to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. John W. Corcoran* and *Mr. P. A. Collins* for the petitioner. *Mr. Stiles W. Burr* and *Mr. John W. Saxe* for the respondent.

---

No. 546. STANDARD SEWING MACHINE COMPANY, PETITIONER, *v.* ARTHUR M. LESLIE. January 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles S. Holt* and *Mr. John Dane, Jr.*, for the petitioner. *Mr. Charles K. Offield* and *Mr. Charles C. Linthicum* for the respondent.

---

No. 548. HORACE M. DUPEE, PETITIONER, *v.* CHICAGO HORSE SHOE COMPANY. January 19, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William M. Jones* and *Mr. James E. Munroe* for the petitioner. *Mr. Le Roy D. Thoman* for the respondent.

---

No. 549. WASHINGTON NATIONAL BUILDING AND LOAN ASSOCIATION, PETITIONER, *v.* BERTHA L. FISKE AND HUSBAND. January 26, 1903. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George E. Hamilton, Mr. M. J. Colbert, Mr. J. H. Ralston* and *Mr. F. L. Siddons* for the petitioner. *Mr. Maurice D. Rosenberg, Mr. Alexander Wolf* and *Mr. D. W. Baker* for the respondents.

---

No. 553. SIMON ROTHSCHILD, PETITIONER, *v.* MEMPHIS AND CHARLESTON RAILROAD COMPANY ET AL. January 26, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Heber J. May* for the petitioner. *Mr. Francis Lynde Stetson, Mr. F. P. Poston* and *Mr. Fairfax Harrison* for the respondents.